AO 442 (Rev 11/11) Arrest Warrant

11236995

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

RAECHEL GENCO

Defendant

)
) Case: 1:21-mj-00231
) Assigned to: Judge Faruqui, Zia M
) Assign Date: 2/12/2021
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RAECHEL GENCO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1752(a)(1) and (2) - Restricted Building or Grounds Access

Date:   02/12/2021

2021.02.12
15:20:31 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

ZIA M. FARUQUI, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/27/21, and the person was arrested on *(date)* 2/27/21
at *(city and state)* HARRISBURG, PA

Date: 2/27/21

*Arresting officer's signature*

J. GOLOB, PO/M
*Printed name and title*