**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21mj231** |
| : | |
| **Raechel Genco,** : | |
| **Defendant.** : | |

**ORDER**

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to extend the Preliminary Hearing to June 17, 2021; it is

FURTHER ORDERED that the period from April 27, 2021 to June 17, 2021 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Court finds that COVID-19 has presented complications here that make it difficult for defense to meet with her client and prepare, and that delay is necessary for the parties to work on a potential resolution.

        It Is So Ordered.

_____
G. Michael Harvey
United States Magistrate Judge

Entered: _____

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the Consent Motion to Continue Preliminary Hearing was served upon counsel of record through the electronic court filing system, this 26th day of April 2021.

          By:   /s/   April N. Russo
               April N. Russo
               Assistant United States Attorney
               PA Bar. Bar 313475
               555 4th Street, N.W.
               Washington, D.C. 20530
               (202) 252-1717
               April.russo@usdoj.gov