UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case. No. 21-231 (ZMF) |
| ) | |
| **RAECHEL GENCO** ) | |
| ) | |
| **Defendant.** ) | |

**PROPOSED ORDER**

Upon consideration of the Defendant's Unopposed Motion for Permission to leave her Residence Earlier than her Curfew it is hereby

**ORDERED** that defendant Raechel Genco is permitted to leave her residence at 6:30 am so that she may travel to Levittown, Pennsylvania for a viewing and funeral service on Monday, May 3, 2021.

**SO ORDERED**

_____                                    _____
**DATE**                                              **ZIA M. FARUQUI**
                                                      **UNITED STATES MAGISTRATE JUDGE**


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

April Russo
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

David Herzog
Pretrial Services Agency, Rm 720
United States Federal Courthouse
228 Walnut Street,

Harrisburg, PA
17108 0805