UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case. No. 21-231 (ZMF) |
| ) | |
| **RAECHEL GENCO** ) | |
| ) | |
| **Defendant.** ) | |

**PROPOSED ORDER**

Upon consideration of the Defendant's Unopposed Motion to Modify her Conditions of Pretrial Release by removal of the 10:00 pm to 8:00 am curfew it is hereby

**ORDERED** that the Motion to is **GRANTED**; all other Conditions of Pretrial Release including GPS monitoring remain in place.

**SO ORDERED**

_____                      _____
**DATE**                                       **ZIA M. FARUQUI**
                                                   **UNITED STATES MAGISTRATE JUDGE**


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

April Russo
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

David Herzog
Pretrial Services Agency, Rm 720
United States Federal Courthouse
228 Walnut Street,
Harrisburg, PA
17108 0805