# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 21-mj-231 |
| : | |
| **RAECHEL GENCO,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     /s/
APRIL N. RUSSO
Assistant United States Attorney
PA Bar No. 313475
555 4TH Street NW, 4TH Floor
Washington, D.C.
April.russo@usdoj.gov
(202) 252-1717