# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 1:21-mj-00231-ZMF |
| | : | |
| **RAECHEL GENCO,** | : | |
| Defendant. | : | |

### NOTICE OF THE FILING DISCOVERY REQUEST
### LETTER BY DEFENDANT RAECHEL GENCO

COMES NOW, Allen H. Orenberg, counsel for Raechel Genco, to respectfully file this Notice of the Filing Discovery Request Letter By Defendant Raechel Genco.

Said Discovery Request letter is attached as an Exhibit to this Notice.

                                                    Respectfully Submitted,

                                            _____-*S*-_____
                                            Allen H. Orenberg, # 395519
                                            The Orenberg Law Firm, P.C.
                                            12505 Park Potomac Avenue, 6th Floor
                                            Potomac, Maryland 20854
                                            Tel. No. 301-984-8005
                                            Cell Phone No. 301-807-3847
                                            Fax No. 301-984-8008
                                            aorenberg@orenberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2021, a copy of the foregoing Notice of the Filing Discovery Request Letter by Defendant Raechel Genco, was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg