# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : NO. 21-mj-231 |
| | : |
| **Raechel Genco,** | : |
| Defendant. | |

## ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to extend the Preliminary Hearing to December 28, 2021, at 1:00 p.m. It is

FURTHER ORDERED that the period from November 10, 2021 to December 28, 2021 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Court finds that COVID-19 has presented complications that make it difficult for defense to meet with her client and prepare, and that delay is necessary for the parties to work on a potential resolution.

_____
Robin M. Meriweather
United States Magistrate Judge