UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>v.  )<br>  )<br>RAECHEL GENCO  )<br>  )<br>            Defendant.  )<br>  ) | Case No. 21-mj-000231 |

## PRO HAC VICE DECLARATION OF
## BARBARA W. PALMER

I, BARBARA W. PALEMR, make the following declaration in support of the Motion For *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1. My full name is Barbara W. Palmer

2. My office address is P.O. Box 1386, Princeton, TX  75407, with a telephone number of 214 734-1861.

3. I have been admitted to the following State & Federal Bars:

   - I am a member in good standing of the bar of the highest court of the State of Texas, where Applicant regularly practices law.  Bar license number: 15424395; Admission date: 05/18/1991, and the following federal courts;

   | Court: | Admission Date: | Active or Inactive: |
   |---|---|---|
   | U.S. Courts of the Northern District TX | 11/22/1999 | Active/In Good Standing |
   | U.S. Courts of the Western District TX | 01/17/1995 | Active/In Good Standing |
   | U.S. Tax Court | 07/26/1991 | Active/In Good Standing |
   | U.S. Courts of the Southern District TX | 08/16/1991 | Inactive |

- U.S. Court of Appeals of the
  Fifth Circuit                              1995           Inactive

- U.S. Courts - Eastern District TX          1995           Inactive

I completed Texas Bar Course No. 174108144 entitled Federal Court Practice on 5/28/2021 for 6.50 Total Hours and 1.50 Hours of Ethics.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Date:    January 6, 2022          Respectfully submitted,

*Barbara W. Palmer*
Barbara W. Palmer
Attorney at Law
P.O. Box 1386
Princeton, TX  75407
Phone: (214) 734-1861
Email: bpalmer.txag@gmail.com