## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     :
                              :
        v.                    :          No. 21-mj-000231-ZMF
                              :
RAECHEL GENCO,                :
        Defendant.            :

### ORDER

Upon consideration of the motion to strike appearance and to vacate the CJA appointment, and the entire record in this case, it is this _____ day of _____, 2022, hereby, ORDERED that the Court strikes the appearance of Allen H. Orenberg as counsel for Raechel Genco and vacates the CJA appointment thereunder.

_____
United States Magistrate Judge
U. S. District Court for the District of Columbia