UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| vs. | §<br>§<br>§ | CRIMINAL NO. 21-mj-000231 |
| RAECHEL GENCO<br>*Defendant* | §<br>§<br>§ | |

ORDER REGARDING DEFENDANT'S MOTION FOR DISCOVERY AND EVIDENCE

CAME ON TO BE CONSIDERED the Motion for Discovery and inspection of Evidence of Defendant, Raechel Genco. Having considered the motion and argument of counsel, the Court hereby enters the rulings on the Motion as stated below.

1.  Any and all written or recorded statements made by or purported to have been made by the Defendant Raechel Genco, within the possession, custody or control of the government or any agent thereof, including but not limited to any and all tape recordings of any conversations to which the Defendant was a party and any and all documents, instruments or forms of any kind signed or purported to have been signed by the Defendant herein. Fed. R. Crim. P. 16(a)(1)(B).

    GRANTED: _____      DENIED: _____

2.  Any and all oral statements, confessions or admissions purported to have been made by the Defendant and any written summary, report or transcription thereof made by any government agent or law enforcement officer, or copy thereof,

    within the possession, custody or control of the government or any agent thereof. This request includes, but is not limited to, statements made to witnesses other than law enforcement officers or government agents and the precise words attributed to the Defendant which caused any government agent to conclude that the Defendant was a coconspirator with any other Defendant in this cause. Fed. R. Crim. P. 16(a) (1) (A)

GRANTED: _____          DENIED: _____

3.    Any and all statements of any co-defendants or co- conspirators, whether written or oral, or subsequently reduced to writing or summarized in any law enforcement agents' reports or copies thereof, including but not limited to any such statements which the government alleges are admissible statements of a co-conspirator or co-defendant made during the transactions subject of this cause and in furtherance of any alleged conspiracy or agreement. Fed. R. Evid. 801(d)(2)(E), Fed. R. Crim. P. 16(a)(1)(A).

GRANTED: _____          DENIED: _____

4.    A copy of any and all of the Defendants's prior criminal records. Fed. R. Crim. P. 16(a)(1)(D).

GRANTED: _____          DENIED: _____

5.    Any and all instruments, documents or other tangible objects which were obtained from or are alleged to belong to or were made of or by the Defendant or any co-defendants, unindicted co-conspirators or informants. Fed. R. Crim. P.

    16(a)(1)(E).

GRANTED: _____          DENIED: _____

6.     All other instruments, documents, writings, papers, books, tape recordings, transcripts or other tangible objects the government plans to offer into evidence in this case, or which are material to the preparation of the defense. Fed. R. Crim. P. 16(a)(1)(E).

This request includes, but is not limited to the following:

    a. Evidence concerning planning to unlawfully enter the U.S. Capitol, including any maps or diagrams of the building or its internal offices;

        GRANTED: _____     DENIED: _____

    b. Evidence concerning unlawful entry into the U.S. Capitol, including any property of the U.S. Capitol;

        GRANTED: _____     DENIED: _____

    c. Evidence concerning awareness of this Defendant of the official proceeding that was to take place at Congress on January 6, 2021, i.e., the certification process of the 2020 Presidential Election;

        GRANTED: _____     DENIED: _____

    d. Evidence concerning efforts of this Defendant to disrupt the official proceeding that was to take place at Congress on January 6, 2021, i.e., the certification process of the 2020 Presidential Election;

        GRANTED: _____     DENIED: _____

e.  Evidence relating to Defendant's involvement a conspiracy to illegally enter and/or occupy the U.S. Capitol Building on or about January 6, 2021;

      GRANTED: _____     DENIED: _____

f.  Evidence concerning this Defendant of the breach and unlawful entry of the United States Capitol, and any conspiracy or plan to do so, on January 6, 2021;

      GRANTED: _____     DENIED: _____

g.  Evidence concerning this Defendant's actions related to the riot and/or civil disorder at the United States Capitol on January 6, 2021;

      GRANTED: _____     DENIED: _____

h.  Evidence concerning this Defendant's actions related to the assaults of federal officers/agents and efforts to impede such federal officers/agents in the performance of their duties the United States Capitol on January 6, 2021;

      GRANTED: _____     DENIED: _____

i.  Evidence, related to this Defendant, of any conspiracy, planning, or preparation to commit those offenses;

      GRANTED: _____     DENIED: _____

j.  Evidence concerning this Defendant's efforts after the fact to conceal evidence of those offenses, or to flee prosecution for the same;

      GRANTED: _____     DENIED: _____

k.  Evidence of communication devices related to this Defendant, including closed circuit radios or walkie-talkies, that could have been used by co-conspirators to communicate during the unlawful entry into the U.S. Capitol;

   GRANTED: _____   DENIED: _____

l.  Evidence of the state of mind of this Defendant, e.g., intent, absence of mistake, or evidence indicating preparation or planning, or knowledge and experience, related to the criminal activity as charged in the information;

   GRANTED: _____   DENIED: _____

m. Evidence concerning the identity of persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with the unlawful actors about matters relating to the criminal activity under investigation, including records that help reveal their whereabouts.

   GRANTED: _____   DENIED: _____

7.  Any and all books, papers, documents instruments, tape recordings, transcripts, or other tangible objects upon which the government relied in returning the indictment against the Defendant.  Fed. R. Crim. P. 16(a)(1)(E).

   GRANTED: _____   DENIED: _____

8.  Any and all names, addresses and telephone numbers of individual witnesses whom the government intends to call as witnesses at trial, either in its case in chief or as rebuttal witnesses herein, including any witness who could testify to

any extrinsic act, conduct or offense of any Defendant. United States v. Opager. 589 F.2d 799 (5th Cir. 1979); Rule 404(b), F.R.E.

        GRANTED: _____    DENIED: _____

9. Any and all names and addresses of persons who have knowledge pertaining to this case or who have been interviewed by the government or their agents in connection with this case. United States v. Opager, 589 F.2d 799 (5th Cir. 1979).

        GRANTED: _____    DENIED: _____

10. Any and all FBI, State, and local arrest and conviction records of all persons referred to in paragraphs 8 and 9 whom the government plans to call as witnesses or who are listed as possible witnesses in this cause. Fed. R. Crim. P. 16(a)(1)(C).

        GRANTED: _____    DENIED: _____

11. Written statements of all persons in paragraph 8 and 9 whom the government does not plan to call as witnesses. . Fed. R. Crim. P. 16(a)(1)(E)(i).

        GRANTED: _____    DENIED: _____

12. The name and address of each government agent, law enforcement agent or other person who participated in the arrest of the Defendant, who was present while the Defendant was being questioned or interrogated and/or made any statements or participated in the search of the Defendant's residence and/or vehicle. U.S. Const. amends. V, VI and XIV, Fed. R. Crim. P. 12(h) and 26.2.

        GRANTED: _____    DENIED: _____

13. The transcript of testimony of any and all persons who testified before the Grand jury in this cause, including but not limited to the precise nature of any statements attributed to this Defendant or any co-defendant or co-conspirator, whether

indicted or not. Fed. R. Crim. P. 6(e)(3)(E)(i), 16(a)(1)(A) and 26.2.

        GRANTED: _____   DENIED: _____

14. Any and all documents, instruments, forms or statements of any kind signed or purported to have been signed by any co-defendant in this cause. Fed. R. Crim. P. 16(a)(1)(E).

        GRANTED : _____   DENIED: _____

15. The name, address and telephone number of any informant or other person who gave information leading to the investigation of the Defendant(s) in this cause or which led to the identification of witnesses, evidence or the arrest of any Defendant in this cause or who was present at, participated in or was a witness to any transaction the subject of this indictment. U.S. Const. amends. V, VI and XIV; Roviaro v. United States, 353 U.S. 53 (1957).

        GRANTED: _____   DENIED: _____

16. Any and all handwriting exemplars, tests, fingerprint impressions or other physical evidence, or test results, obtained by the government relating to this case whether they are of the Defendant, ///, or were of another defendant, a co-conspirator, witness or of some other person or persons known or unknown; and any and all comparisons or written reports of tests, analysis or other examinations conducted regarding the foregoing by the government or any of its agents or under its direction. Fed. R. Crim. P. 16(a)(1)(F).

        GRANTED: _____   DENIED: _____

17. Any and all photographs, film, audio tapes and video tapes and any written transcriptions thereof, of the Defendant, or any co-defendants or coconspirators,

whether indicted or not, that relate to any of the offenses charged in this indictment. Fed. R. Crim. P. 16(a)(1)(B); U. S. Const. amends. V, VI and XIV.

GRANTED: _____ DENIED: _____

18. The name and address of each witness who will be called by the Government, including any witness who could testify to extrinsic offenses, whether or not resulting in a criminal charge or conviction which the prosecution plans to use in rebuttal or to establish motive, system, intent or identify. Fifth and Sixth Amendments, United States Constitution.

GRANTED: _____                DENIED: _____

19. A list of all overt or extrinsic acts not alleged in the indictment which the Government expects to introduce into evidence. Rule 404(b), F.R.E.

GRANTED: _____                DENIED: _____

20. A description in writing of each extrinsic offense, act or conduct of the Defendant or any co-defendant or co-conspirator, including the date and place of such offense, act or conduct, which the Government intends to introduce into evidence. Rule 404(b), F.R.E.

GRANTED: _____    DENIED: _____

21. Any and all materials known to the government or which may become known, or which through due diligence may be learned from the investigating officers or the witnesses or persons having personal knowledge of this case, which is exculpatory in nature or favorable to the accused, or which may lead to exculpatory or favorable material or which might serve to mitigate punishment, including any evidence impeaching or contradicting testimony of government

witnesses or the instructions to government witnesses not to speak with or discuss the facts of this cause with defense counsel.  U. S. Const. amends. V, VI and XIV.

        GRANTED: _____          DENIED: _____

22. The substance of any and all statements and discussions had with any of the co-defendants or co-conspirators herein, whether indicted or unindicted, or with any such person's counsel indicating a promise or a suggestion of immunity, leniency, compensation, assurance not to prosecute, agreement to proceed only on certain counts of the indictment, representation as to yet uncharged misconduct, or any benefit accruing to such individuals whatsoever in exchange for their cooperation, assistance or testimony at the trial herein.  U. S. Const. amends. V, VI and XIV.

        GRANTED: _____          DENIED: _____

23. All search and arrest warrants and supporting affidavits issued for or regarding any Defendant in this cause and in regard to any evidence or property seized or searched in regard to the investigation that gave rise to the indictment.  Fed. R. Crim. P. 16(a)(1)(E).

        GRANTED: _____          DENIED: _____

24. All search and arrest warrants and supporting affidavits issued for or regarding any Defendant in this cause and in regard to any evidence or property seized or searched in regard to the investigation that gave rise to the indictment.  Fed. R. Crim. P. 16(a)(1)(E).

        GRANTED: _____          DENIED: _____

IT IS SO **ORDERED.**

SIGNED on _____, 20\_\_\_\_.

_____
UNITED STATES DISTRICT JUDGE