# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Case No. 22-cr-62 |
| v. | : |
| | : |
| RAECHEL GENCO, | : |
| | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its undersigned counsel, the Acting United States Attorney for the District of Columbia, herby informs the Court that Trial Attorney Jacqueline Schesnol, as counsel for the United States, is terminating her appearance as counsel of record in this matter.

All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                       Respectfully submitted,

                                       MATTHEW M. GRAVES
                                       UNITED STATES ATTORNEY
                                       D.C. Bar No. 481052

                                       */s/ Jacqueline Schesnol*
                                       JACQUELINE SCHESNOL
                                       AZ Bar No. 016742
                                       Trial Attorney
                                       Capitol Riot Detailee
                                       Two Renaissance Square
                                       40 N. Central Ave., Suite 1800
                                       Phoenix, AZ 85004-4449
                                       (602) 514-7500
                                       jacqueline.schesnol@usdoj.gov

## CERTIFICATE OF SERVICE

On this 19th day of June 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Jacqueline Schesnol*
Jacqueline Schesnol
Trial Attorney