## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.  22-CR-62-JMC |
| | : | |
| v. | : | VIOLATION: |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| **RAECHEL GENCO,** | : | (Violent Entry and Disorderly Conduct in the |
| | : | Capitol Grounds) |
| **Defendant.** | : | |
| | : | |
| | : | |

### SUPERSEDING INFORMATION

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **RAECHEL GENCO**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

(**Violent Entry and Disorderly Conduct in the Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Karen Rochlin*
Karen Rochlin
Assistant United States Attorney Detailee
DC Bar No. 394447
601 D Street, N.W.
Washington, D.C.  20530
(786) 972-9045
Karen.Rochlin@usdoj.gov