CO 526 Rev. 5/2018

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
           vs.               )    Criminal Case No.: 22-CR-62 (JMC)
                             )
RAECHEL GENCO                )
                             )
                             )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved

_____     Date: 6/29/2022
Jia M. Cobb
United States District Judge