UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-cr-00062 (JMC) |
| | : | |
| RAECHEL GENCO, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The exhibits are:

| Number | File Name | Source | Description | Related Image |
|---|---|---|---|---|
| 1 | IMG_0312.MOV | Defendant Genco's cellular phone | 1 second video of Ryan Samsel carrying a flag depicting Trump as "Rambo" | Figure 2; Government's Sentencing Memorandum, ECF 69:5 |
| 2 | IMG_0316.MOV | Defendant Genco's cellular phone | Video of less than 1 second approaching Peace Monument; Area Closed signs | Figure 3; ECF 69:6 |
| 3 | North Stairs West Terrace - .mp4 | Open source video | 1 minute 41 second recording of approach to Capitol; Pennsylvania | Figures 4 & 5; ECF 69 7, 8 |

1

| | | | | |
|---|---|---|---|---|
| | | | Avenue Walkway barricade assault | |
| 4 | vlc-record-2022-09-26-15h29m13s-BENJAMIN REPORTS - January 6 DC RAW Video - Capitol building footage, clashes wit.mp4-mp4 | Open source video | 21 second recording of Defendant Genco with flag in West Plaza | Figure 6; ECF 69:9 |
| 5 | record-2022-09-26-15h39m38s-Townhall_6_1080p.mp4-.mp4 | Open source video | 24 second video of Ryan Samsel insulting police and Defendant Genco's reaction | Figure 8; ECF 69:11 |
| 6 | LWG-011-00000001.MOV | Open source video | 3 minute 4 second recording of aerial view of Ryan Samel and Defendant Genco | Figures 7, 9 10, 11; ECF 69:10, 12, 13 |
| 7 | IMG_0734.MOV | Defendant Genco's cellular phone | Ten second video of Defendant Genco cheering after Ryan Samsel states they stormed the Capitol | Figure 14; ECF 69:15 |

The Government does not object to the public release of the above-listed audio recording and videos.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Karen Rochlin*
KAREN ROCHLIN
Assistant United States Attorney
D.C. Bar No. 394447
Detailee
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

3